**Marlon BRAMWELL, Plaintiff—Appellant,**

v.

**Terry O'BRIEN, Warden, USP Lee, Defendant—Appellee.**

**No. 08–6081.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2008.

Decided: May 29, 2008.

Marlon Bramwell, Appellant Pro Se.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlon Bramwell appeals the district court's order dismissing his petition filed pursuant to 28 U.S.C. § 2241 (2000), which the district court construed as a complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and dismissed under 28 U.S.C. § 1915A(b) (2000), and its order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bramwell v.*

O'Brien, No. 7:07–cv–00429–gec–mfu, 2007 WL 2821493 (W.D.Va. Sept. 25, 2007 & Oct. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*